# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
| Plaintiff-Appellee | } | |
| | } | |
| v. | } | No. 23-1969 |
| | } | |
| ERNST JACOB GMBH & CO. KGEJ; | } | |
| SHIPOWNERS INSURANCE & GUARANTY | } | |
| COMPANY, LTD., | } | |
| | } | |
| Defendants-Appellants. | } | |
| _____ | } | |

## JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE

The parties to the above-captioned appeal have conferred to develop a

schedule for the briefing of this case, and jointly move this Court to enter an

order establishing the schedule as proposed.  As part of that proposal, the

parties wish to use a deferred joint appendix pursuant to Federal Rule of

Appellate Procedure 30(c).  In accordance with Federal Rule of Appellate

Procedure 30(c)(2)(B), Defendants-Appellants will file and serve the appendix

after their reply brief is filed, and both sides will then file final versions of

their briefs in which citations to the record have been completed with citations to the appendix.

The parties' propose a briefing schedule as follows:

- Appellants' proof opening brief shall be filed by **Monday, February 12, 2024**;

- The United States' proof response brief shall be filed by **Friday, April 5, 2024**;

- Appellants' proof reply brief shall be filed by **Friday, May 3, 2024**;

- The deferred joint appendix shall be filed by **Monday, May 20, 2024**; and

- Final versions of the briefs shall be filed by **Tuesday, June 4, 2024.**

WHEREFORE, the parties respectfully request that the Court enter an order establishing the proposed briefing schedule and use of a deferred joint appendix.

Respectfully submitted this 2nd day of January, 2024.

*/s/ Keith Bradley*

Keith Bradley, Bar No. 1189887
ScheLeese Goudy, Bar No. 1210215
Squire Patton Boggs (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
Phone: (303) 830-1776
Fax: (303) 894-9239
keith.bradley@squirepb.com
scheleese.goudy@squirepb.com

Manuel San Juan, Bar No. 7599
Law Offices of Manuel San Juan
206 Calle Tetuán, Suite 902
Banco Popular Bldg.
Old San Juan, PR 00901
Phone: (787) 723-6637
Fax: (787) 725-2932
SanJuanM@MicroJuris.com

Robert B. Parrish, Bar No. 1210489
Moseley, Prichard, Parrish, Knight
& Jones
501 West Bay Street
Jacksonville, FL 32202
Phone: (904) 356-1306
Fax: (904) 354-0194
bparrish@mppkj.com

David Indiano, Bar No. 46075
Indiano & Williams, P.S.C.
207 del Parque Street, 3rd Floor
San Juan, P.R. 00912
Phone: (787) 641-4545
Fax: (787) 641-4544
david.indiano@indianowilliams.com

Eugene J. O'Connor
Robert O'Connor
Montgomery McCracken
437 Madison Avenue, 24th Floor
New York, NY 10022
Phone: (212) 867-9500
Fax:   (212) 599-5085
eoconnor@mmwr.com
roconnor@mmwr.com

ATTORNEYS FOR APPELLANT
ERNST JACOB GMBH & CO. KGEJ

Richard L. Jarashow, Bar No. 1144151
305 West Neck Road
Southampton, NY 11968
Phone: (917) 699-6083
RLJarashow@gmail.com

**ATTORNEYS FOR APPELLANT SHIPOWNERS INSURANCE AND GUARANTY COMPANY LTD**

*/s/ Allen M. Brabender*
Allen M. Brabender
U.S. Department of Justice – ENRD
P.O. Box 7415
Washington, DC 20044
Phone: 202-532-3281
Email: allen.brabender@usdoj.gov

**ATTORNEY FOR APPELLEE THE UNITED STATES OF AMERICA**

# CERTIFICATE OF COMPLIANCE

This brief complies with the type-face, style, and volume limitations set forth in Federal Rules of Appellate Procedure 29(a)(5) and 32(a)(5)-(7)(B)(i). The brief was prepared in Microsoft Word, using Vollkorn 14-point font. According to the word-count function, the word count, including footnotes and headings, is 201 words.

/s/ *Keith Bradley*
*Keith Bradley*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the above and foregoing has been electronically filed with the Clerk of Court via CM/ECF this 2nd day of January, 2024 with notice to the following:

Allen M. Brabender
U.S. Department of Justice – ENRD
P.O. Box 7415
Washington, DC 20044
Phone: 202-532-3281
Email: allen.brabender@usdoj.gov

**ATTORNEY FOR APPELLEE**
**THE UNITED STATES OF AMERICA**

/s/ *Keith Bradley*
*Keith Bradley*